General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

CORNELIUS JOSEPH M<sup>c</sup>CASTLE

Case Number: 4:15cv420

List the full name of each plaintiff in this action.

VS.

THE UNITED STATES OF AMERICA

CIA - FCC - NSA - DOD

WALTER REED ARMY INSTITUTE OF RESEARCH

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 19 2015

DAVID J. MALAND, CLERK
BY
DEPUTY

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. **Employ Counsel**
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas,
   P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

THE BRAD HENDRICKS LAW FIRM 500 C PLEASANT VALLEY LITTLE ROCK, ARK

MOTLEY RICE 28 BRIDGESIDE BLVD MT PLEASANT, SC

ROBERT SCHWAB 8111 LBJ FREEWAY SUITE 1225 DALLAS, TX

CONT.... COMPLAINT DEFENDANTS

1. U.S. ARMY INSTITUTE OF SURGICAL RESEARCH
2. U.S. ARMY MEDICAL RESEARCH INSTITUTE
3. FEDERAL BUREAU OF INVESTIGATION GRAYSON COUNTRY
4. MEDICAL CENTER OF MCKINNEY

C. Results of the conference with counsel:

BRAD HENDRICKS : NOT INTERESTED

MOTLEY RICE : NOT INTERESTED

ROBERT SCHWAB : NOT INTERESTED

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ✓ Yes  ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: 06 / 16 / 2009

2. Parties to previous lawsuit(s):

Plaintiff CORNELIUS JOSEPH McCASTLE

Defendant NORTH TEXAS MEDICAL HOSPITAL

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

USDC EASTERN DISTRICT OF TEXAS

4. Docket number in other court. 4:09cv277

5. Name of judge to whom the case was assigned.
MICHAEL H. SCHNEIDER

6. Disposition: Was the case dismissed, appealed or still pending?

DISMISSED

7. Approximate date of disposition. NOVEMBER 1ST 2010

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

    Pla #1 CORNELIUS JOSEPH McCASTLE

    283 MAIN

    ULM, ARKANSAS 72170

    Pla #2

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

    Dft #1: THE UNITED STATES OF AMERICA

    Dft #2: MEDICAL CENTER OF McKINNEY

    4500 MEDICAL CENTER DR.

    McKINNEY, TEXAS 75069

    Dft #3

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

About 1998 or 1999 I had a hernia surgery in my left groin area at a hospital in McKinney Tx the standard treatment was over looked and a Institute of Research came in to the hospital to place implantable micro stimulators and medical implants throughout my body and reproductive system. "Primary Sex Organs" as well as placeing micro stimulators on many major central nerves for engaging in medical experimentation and torture for years, I have been badly in pain because of this fraudulent concealment and torture with continuous negligence done without my knowledge and informed consent.

1. Department of Defense - CIA - FCC - NSA - for failing to find singal committing terroristic acts on the United States Constitution and Amendment Rights

_____

(U.S.A.I.R) - (W.A.I.R) - (U.S.A.I.S.R) - for surgical placeing implantable implants throughout my body and reproductive system and violating all constitution rights.

cont.

IV. STATEMENT OF CLAIM CONT....

3. FBI GRAYSON COUNTRY - FOR HELPING WITH CONCEALMENT AND COVERING UP THIS ACTION (RICO)

4. MEDICAL CENTER OF MCKINNEY - FOR SURGICAL TEAM OPERATING ROOM EQUIPMENT WERE THINGS OR INSTRUMENTITIES UNDER CONTROL OF THE HOSPITAL.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

MONETARY AWARD 2 BILLION DOLLARS FOR THE FOLLOWING DAMAGES - PHYSICAL IMPAIRMENT - LOSS OF EARNING - EARNING CAPACITY - PAST MENTAL ANGUISH - FUTURE MENTAL ANGUISH - PUNITIVE DAMAGES - COMPENSATORY DAMAGES - HEDONIC DAMAGES. A BLOOD TRANSFUSION TO REMOVE ANY AND ALL POISONS AND INFECTIONS, SURGICAL REMOVAL OF IMPLANTS THAT WILL NOT LEAVE THE NERVOUS SYSTEM DAMAGED, AS WELL AS ADDING ALL CONSTITUTION RIGHTS VIOLATED TO SAID MONETARY AWARD.

Signed this __18__ day of __June__ (Month), 20 __15__ (Year).

CORNELIUS JOSEPH McCASTLE
PRO. SE
283 MAIN
ULM, ARKANSAS 72170

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 18TH OF JUNE 2015
Date

Cornelius Joseph McCastle

Signature of each plaintiff